■ In the Matter of DAWUB A.C. EL ALI, Petitioner, v JOSEPH ROSENZWEIG, as Justice of the Supreme Court of the State of New York, et al., Respondents. [639 NYS2d 957]

By order dated December 22, 1995, the respondent Justice of the Supreme Court dismissed Queens County Indictment No. 4329/95. O'Brien, J. P., Ritter, Hart and Goldstein, JJ., concur.